UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kimsour S.,                                                Civ. No. 25-669 (PAM/EMB)

        Plaintiff,

v.                                                                    **ORDER**

Frank Bisignano,
Commissioner of Social Security,

        Defendant.

This matter is before Court on Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Docket No. 27.)  The Government has not responded to the Motion.

Plaintiff has established that she is entitled to the requested fees and costs and that the amount sought is reasonable.  The Court will therefore order the amount requested. Any award must be paid directly to Plaintiff, rather than to Plaintiff's attorney, and may be subject to offset to satisfy any preexisting debt Plaintiff might owe to the Government. Astrue v. Ratliff, 560 U.S. 586, 593 (2010).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion (Docket No. 27) is **GRANTED** and Plaintiff is awarded $10,290.00 in attorney's fees and $550.00 in costs under the EAJA.

Dated: April 11, 2026                         s/ *Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge